IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00584-REB-MEH

JAMES WARREN,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is defendant's **Response To Court's Order To Show Cause** [#15][1] filed April 6, 2010. Based on defendant's response, I find that the order to show cause should be discharged.

**THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#9] entered April 2, 2010, is **DISCHARGED**.

Dated April 6, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.