IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00584-REB-MEH

JAMES WARREN,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 18, 2010.**

    Defendant's unopposed[1] Motion to Amend Answer [filed May 14, 2010; docket #26] is **granted**. Defendant shall file its First Amended Consolidated Answer (absent the cover page) with the Court on or before May 19, 2010.

---

[1] *See* docket #29.