## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00584-REB-MEH

JAMES WARREN,

      Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2010.**

      The "Joint" (unopposed) Motion Seeking Entry of Confidentiality Agreement and Protective Order filed by Defendant [filed May 18, 2010; docket #30] is **granted in part and denied in part**. The Confidentiality Agreement and Protective Order, containing an additional provision in paragraph 6, is filed contemporaneously with this minute order.