IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   10-cv-00584-REB-MEH | Date:   July 2, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

JAMES WARREN,                                                     Bruce A. Lampert (by phone)

          Plaintiff,

vs.

CONTINENTAL AIRLINES, INC.,                          Jennifer P. Henry (by phone)
                                                                              Habib Nasrullah

          Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**        **9:38 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs' Unopposed Motion to Amend the Scheduling
Order and for Status Conference (Doc. #46, filed 6/28/10).

Discussion regarding administratively closing this case.

**ORDERED:**   Plaintiffs' Unopposed Motion to Amend the Scheduling Order and for Status
                       Conference (Doc. #46, filed 6/28/10) is GRANTED in part, to the extent it
                       requests a Status Conference, and DENIED WITHOUT PREJUDICE in part, to
                       the extent it requests an extension of deadlines, as stated on the record.

**Court in recess:**        **10:05 a.m.  (Hearing concluded)**
**Total time in court:**  0:27