IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00584-REB-MEH

JAMES WARREN,
JESSICA WARREN,

    Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2010.**

    The Joint Motion to Extend Deadlines and for Status Conference [filed October 27, 2010; docket #69] is **denied without prejudice** for failure to consider the trial dates in this case. The current discovery schedule is set in accordance with the dates for the Trial Preparation Conference and Jury Trial set before Judge Blackburn. Unless those dates are changed, this Court may not alter the governing pre-trial Scheduling Order.[1]

---

[1] The Court notes that the parties request an extension for an "expert challenges" deadline; however, there is no such deadline listed in the Scheduling Order.