# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-00584-REB-MEH

JAMES WARREN, and
JESSICA WARREN,

    Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,,

    Defendant.

# ORDER ADOPTING RECOMMENDATION OF THE
# UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is matter before me on Magistrate Judge Michael E. Hegarty's **Order Re: Discovery Deadline and Recommendation To Amend Rule 702 Deadline** [#73] entered October 29, 2010. No objections to the recommendation have been filed and, therefore, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no error, much less plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    In Judge Hegarty's **Order**, he recommends that the deadline for the filing of Rule 702 motions be extended thirty (30) days to allow the parties to have consistency in pretrial matters among the several related cases. This court agrees with the findings of Judge Hegarty.

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation To Amend Rule 702 Deadline** [#73] entered October 29, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That the deadline for the filing of Rule 702 motions shall be **December 1, 2010**.

Dated November 15, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2