IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00584-REB-MEH

JAMES WARREN,
JESSICA WARREN,

    Plaintiffs,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2010.**

    Continental Airlines, Inc.'s [Motion for] Withdrawal of its Motion to Compel [filed November 24, 2010; docket #80] is **granted**. The Motion to Compel Plaintiffs to Sign Authorizations filed by Continental Airlines, Inc. [filed November 15, 2010; docket #76] is hereby **withdrawn**.