IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00584-REB-MEH

JAMES WARREN,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Agreed Stipulation of Dismissal With Prejudice** [#113] filed March 31, 2011. After reviewing the motion and the file, I conclude that the agreed stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Agreed Stipulation of Dismissal With Prejudice** [#113] filed March 31, 2011, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 1, 2011, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge